```
KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7017
Fax:         (415) 436-6748
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and SARA BENTLEY, Revenue Officer,**<br><br>Petitioners,<br><br>v.<br><br>**GEORGE E. PEREZ,**<br><br>Respondent. | NO.  C-06-3917-SC<br><br>**APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS AND ORDER** |

The United States of America dismisses the Petition To Enforce filed on June 23, 2006 because the respondent has complied with the summons.

KEVIN V. RYAN
United States Attorney


/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED:

DATED: 7/6/06

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*